**Order entered September 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01335-CV

**WESLEY ROEMER, Appellant/Cross-Appellee**

**V.**

**EDD HASKINS, Appellee/Cross-Appellant**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-13-02661**

## ORDER

Before the Court is appellant's September 25, 2018 unopposed motion for extension of time to file combined reply brief and cross-appellee's response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 31, 2018.

/s/     DAVID EVANS
              JUSTICE